William H. Doyle, Arizona Bar Number 007285
Brandon D. Millam, Arizona Bar Number 034696
Doyle Hernandez Millam
1313 E. Osborn Road, Suite 220
Phoenix, Arizona 85014
Telephone: (602) 240-6711
Facsimile: (602) 240-6951
wdoyle@doylelawgroup.com
bmillam@doylelawgroup.com
Firm Email: alg@doylelawgroup.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| CRYSTAL MARIE ENDERA, as next of kin of Edward Else, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>DARLENE WOODLIFF and JOHN DOE WOODLIFF, wife and husband; MIAMI POLICE DEPARTMENT; TOWN OF MIAMI, an Arizona government entity; JOHN DOES and/or JANE DOES I-X, BLACK CORPORATIONS and/or WHITE LIMITED PARTNERSHIPS I-X,<br><br>Defendants. | NO.<br><br>Gila County Superior Court No. S0400CV202200120<br><br>**NOTICE OF REMOVAL** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

Pursuant to 28 U.S.C. §§§ 1441, 1446, 1332 and Local Rule of Civil Procedure 3.6, Defendants Darlene Woodliff, Miami Police Department, and Town of Miami submit this Notice of Removal based on the following grounds:

1. On April 25, 2022, an action was commenced in the Superior Court for the State of Arizona, Gila County, a state court within the District Court of Arizona, styled

*Crystal Marie Endera v. Darlene Woodliff and John Doe Woodliff, Miami Police Department, and Town of Miami*, Case No. S0400CV202200120 (State Court action). **Exhibit A**.

2. Plaintiff Endera caused the State Court action to be served on Darlene Woodliff on May 4, 2022. **Exhibit B**.

3. Plaintiff Endera caused the State Court action to be served on the Town of Miami and Miami Police Department on May 6, 2022. **Exhibit C**.

4. Both dates of service are within 30 days of removal.

5. This matter arises out of claims that Defendants violated 42 U.S.C. § 1983 and Arizona law by Violation of Civil and Constitutional rights of Familial Association and negligence.

6. The State action is removable under 28 U.S.C. §1331 because the claim asserted by Plaintiff arises under the laws of the United States

7. Notice of removal is timely pursuant to 28 U.S.C. § 1446(b) because it is filed within 30 days of Defendants' receipt, through service of a copy of the initial pleadings.

8. Pursuant to LR CIV 3.6(a), a copy of this Notice has been filed with the Clerk of the Superior Court for Gila County. Pursuant to 28 U.S.C § 1446(a), undersigned counsel herby verifies that true and correct copies of the docket and all documents filed in the State action are attached hereto as **Exhibit D**.

9. Written notice of the filing of this Notice of Removal will be given to all adverse parties as required by law and a true and correct copy of this Notice will be filed with the Clerk of the Superior Court of the State of Arizona, in and for the County of Gila.

WHEREFORE, Defendants respectfully request that the above-captioned matter be

///

///

removed from the Arizona Superior Court in and for Gila County to the United States District Court, District of Arizona.

DATED this 2nd day of June, 2022.

DOYLE HERNANDEZ MILLAM

By /s/ William H. Doyle
William H. Doyle
Brandon D. Millam
1313 E. Osborn Road, Suite 220
Phoenix, Arizona 85014
Attorneys for Defendants Darlene Woodliff, Miami Police Department and Town of Miami

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of June, 2022, a copy of the foregoing has been transmitted electronically to CM-ECF filing system for filing and transmittal along with copies transmitted to the following parties via the CM-ECF system.

Byron F. Browne
**BROWN LAW GROUP**
366 N. Gilbert Rd., Suite 201
Gilbert, Arizona 85234
byron@antilawyer.com
legal@antilawyer.com
***Attorneys for Plaintiff***

/s/ J. Proffitt